UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>SULCO WAREHOUSING & LOGISTICS, LLC and SULLIVAN HOLYOKE PROPERTY ASSOCIATES, INC.,<br><br>Defendants. | Case No. 1:20-cv-12182 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendants Sulco Warehousing & Logistics, LLC and Sullivan Holyoke Property Associates, Inc. (collectively "the Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted herewith as Exhibit A.

On December 9, 2020, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under Section 505(c)(3) of the Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. The United States informed the Parties that the 45-day period ends on January 22, 2020, and it has provided the Parties with a letter stating that it has no objection to the Consent Decree (attached as Exhibit B). Accordingly, the Parties request that the Consent Decree be entered.

January 22, 2021                    Respectfully submitted,

                                                  COMMONWEALTH OF MASSACHUSETTS

                                                 By its attorneys,

                                               MAURA HEALEY
                                               ATTORNEY GENERAL

                                               */s/ Nora J. Chorover*
                                               Nora J. Chorover (Bar No. 547352)
                                               Special Assistant Attorney General
                                               Emily K. Mitchell (Bar No. 703726)
                                               Attorney
                                               Environmental Protection Division
                                               Office of the Attorney General
                                               One Ashburton Place, 18th Floor
                                               Boston, Massachusetts 02108
                                               Tel: (617) 727-2200, ext. 2642
                                               Nora.Chorover@mass.gov

                                               Sulco Warehousing & Logistics, LLC and Sullivan
                                               Holyoke Property Associates, Inc.

                                               By their attorney,

                                               */s/ Christopher B. Myhrum*
                                               Christopher B. Myhrum (Bar No. 365980)
                                               Law Office of Christopher B. Myhrum
                                               1500 Main Street, Suite 2010
                                               Springfield, MA 01115-5407
                                               Tel: (413) 342-4145
                                               chrismyhrum@myhrumlaw.com

CERTIFICATE OF E-SERVICE

     I hereby certify that the parties' Joint Statement, filed electronically through the ECF system with the Court on January 22, 2021, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on January 22, 2021.

                                               */s/ Nora J. Chorover*
                                               Nora J. Chorover (Bar No. 547352)